# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>    v.<br><br>LESTER L. GARCIA, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00995---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>November 25, 2015 Deadline |

This action was filed on June 30, 2015. On August 12, 2015, Defendants Delphina Garcia, Lester Garcia, and Wen-Yi Ann McAtee filed an answer to the complaint. Default was entered against Defendant Ferry Santoso on August 18, 2015. On October 26, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. The parties shall file dispositional documents on or before November 25, 2015; and
3. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the

1

1   Defendants do not wish to consent they can advise the court's Courtroom Deputy,
2   Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated: **October 27, 2015**

UNITED STATES MAGISTRATE JUDGE