1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No.  1:15-cv-00995---SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; ORDER** |
| vs. | |
| LESTER L. GARCIA, Trustee of the GARCIA FAMILY REVOCABLE TRUST dated April 19, 2005, et al., | |
| Defendants. | |

1     IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and
2 Defendants Lester L. Garcia, Trustee of the Garcia Family Revocable Trust dated April 19, 2005;
3 Delphina Garcia, Trustee of the Garcia Family Revocable Trust dated April 19, 2005; Wen-Yi
4 Ann Liao (sued incorrectly as Wen-Yi Ann McAtee) dba Teazer World Tea Market, the parties
5 who have appeared in this action, by and through their respective counsel, that pursuant to
6 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with
7 prejudice and the case closed in its entirety.  Each party is to bear its own attorneys' fees and
8 costs.

10   Dated: November 25, 2015          MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Rachel Lobato

16   Dated:  November 25, 2015         CAMPAGNE & CAMPAGNE,
                                       A Professional Corporation

                                       */s/ Justin T. Campagne*
                                       Justin T. Campagne
                                       Attorneys for Defendants,
                                       Lester L. Garcia, Trustee of the Garcia Family
                                       Revocable Trust dated April 19, 2005; Delphina
                                       Garcia, Trustee of the Garcia Family Revocable
                                       Trust dated April 19, 2005; Wen-Yi Ann Liao
                                       (sued incorrectly as Wen-Yi Ann McAtee) dba
                                       Teazer World Tea Market

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice and the case closed in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **November 25, 2015**

UNITED STATES MAGISTRATE JUDGE